Edward Zimbon, Appellant, v. 1400 Lake Shore Drive Corporation, Louis G. Taupin, Jessie Jackson and Elmer A. Claar & Co., Appellees.

Gen. No. 46,690.

First District, First Division.
January 9, 1956.
Rehearing denied February 1, 1956.
Released for publication February 27, 1956.

Bernard B. Brody, for appellant; Samuel L. Kadell, of counsel; McCarthy and Levin, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.